IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARILYN ENGLISH,

          Plaintiff,

v.                                                                  CIVIL ACTION NO. 2:22-cv-00540

ELLEN HEINE, et al.,

          Defendants.

**ORDER**

This case was referred to Magistrate Judge Tinsley for proposed findings of fact, and this Court inadvertently entered an order and notice (ECF No. 7). Therefore, the Court **VACATES** the dates and deadlines in the order and notice (ECF No. 7). The case shall proceed with Magistrate Judge Tinsley who shall consider the pleadings and evidence therein and submit to this Court proposed findings of fact and recommendation for disposition.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

          ENTER:    February 22, 2023

_____
THOMAS E. JOHNSTON, CHIEF JUDGE

Case 2:22-cv-00540 Document 13 Filed 02/22/23 Page 2 of 2 PageID #: 245